UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:22-cv-20773-ALTONAGA/Torres

ELDORADO TOWERS
CONDOMINIUM ASSOCIATION, INC.,
    Plaintiff,

v.

ROCKHILL INSURANCE COMPANY,
    Defendant.
_____/

### JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND MOTION TO VACATE ALL DEADLINES

COME NOW the parties to this litigation, Plaintiff Eldorado Towers Condominium Association, Inc., and Defendant Rockhill Insurance Company, through the undersigned counsel, and respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement. The parties intend to file the Dismissal With Prejudice as soon as practicable, but respectfully request thirty (30) days to file the Dismissal. Accordingly, the parties respectfully request that the Court vacate all deadlines set forth in the Order Setting Trial and Pre Trial Schedule (DE 13) and temporarily suspend all further proceedings until the filing of the Dismissal With Prejudice.

| | |
|---|---|
| Date: January 6, 2023 | Respectfully submitted, |
| | |
| */s/ Jennifer Ruiz* | */s/ Elizabeth Salinas* |
| Jennifer Ruiz, Esq. | Elizabeth Salinas, Esq |
| Florida Bar No. 0967173 | Florida Bar No. 113396 |
| jruiz@wmclaw.com | esalinas@mfllaw.com |
| Weisbrod Matteis & Copley PLLC | Mozley Finlayson & Loggins LLP |
| 500 E. Broward Blvd, Suite 1700 | 4767 New Broad Street |
| Fort Lauderdale, FL 33394 | Orlando, FL 32814 |
| (954) 947-8601 | (407)514-2765 |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |